

# In the
# Court of Appeals
# Sixth Appellate District of Texas at Texarkana

---

No. 06-24-00060-CV

---

IN THE INTEREST OF M.K. AND O.K., CHILDREN

---

On Appeal from the County Court at Law
Bowie County, Texas
Trial Court No. 23C0495-CCL

---

Before Stevens, C.J., van Cleef and Rambin, JJ.
Memorandum Opinion by Justice Rambin

## MEMORANDUM OPINION

Mother filed a timely notice of appeal.[1]  The reporter's record, the clerk's record, and a supplemental clerk's record were filed on August 19, 2024.  Mother's pro se appellate brief was due on October 22, 2024.  When neither a brief nor a motion to extend time for filing same was received by November 4, 2024, this Court advised Mother by letter that her brief was late.  We also warned Mother that the failure to file a brief by November 19, 2024, would subject this appeal to dismissal for want of prosecution.  *See* TEX. R. APP. P. 38.8(a)(1), 42.3(b), (c).

Mother did not respond to our communication and did not file an appellate brief. Because we received no response to our letter of November 4, 2024, Mother's appeal is ripe for dismissal for want of prosecution.  Consequently, pursuant to Rules 38.8 and 42.3 of the Texas Rules of Appellate Procedure, we dismiss this appeal for want of prosecution.  *See id.*


Jeff Rambin
Justice

Date Submitted:     December 3, 2024
Date Decided:       December 4, 2024

---

[1]We refer to the appellant as Mother to protect the identity of the minor children who are the subject of this appeal. *See* TEX. R. APP. P. 9.8.

2